141 A.3d 1238

**Donald R. SISSON and Mary Sisson, His Wife, Appellants**

**v.**

**Joseph STANLEY, his Heirs, Successors, Executors, Assigns, and any Persons Claiming by, through, or from them, Appellees.**

Supreme Court of Pennsylvania.

Argued May 10, 2016.

Decided July 19, 2016.

Andrew Joseph Katsock III, Stephen Americo Pinnacoli, Douglas P. Thomas, Law Offices of Douglas P. Thomas, for Donald R. Sisson and Mary Sisson, Appellants.

Kevin John Moody, Pa. Independent Oil and Gas Ass'n, for Pa. Independent Oil and Gas Ass'n, Amicus Curiae.

Marion O'Malley, Montrose, for Joseph Stanley, Appellee.

## ORDER

PER CURIAM.

AND NOW, this 19th day of July, 2016, the above-captioned appeal is DISMISSED as having been improvidently granted.

Justice DONOHUE did not participate in the consideration or decision of this case.